# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA             PLAINTIFF

v.             No. 4:17-cr-00224-JM

BRYAN PAUL POLSTON             DEFENDANT

## ORDER

The motion filed by the United States to dismiss the indictment against Bryan Paul Polston in this matter is GRANTED. Document #42. The indictment in the above referenced case is hereby dismissed.

IT IS SO ORDERED this 22nd day of March, 2019.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE